IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| JIMMIE M. MILLER, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-CV-3087 |
| ALFRED WOMAK, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On February 28, 2011, Defendants filed a Rule 37 Motion to Dismiss for Failure to Prosecute / Rule to Show Cause (d/e 32) with an accompanying memorandum of law (d/e 33). The Motion to Dismiss bears a certificate of service to Plaintiff of February 28, 2011. On February 28, 2011, this Court issued a docket entry directing Plaintiff to file a written response to the Motion to Dismiss on or before March 17, 2011. As of this date, Plaintiff has not responded to Defendants' Motion to Dismiss.

Local Rule 7.1(B)(2) directs that a party opposing a motion must file a response to any motion, other than motion for summary judgment, within 14 days of receipt of the motion. On March 17, 2011, Plaintiff's response time to the Motion to Dismiss lapsed. The Court, in its Text Order of

February 28, 2011, advised that if no response was filed the motion would be allowed.

As of this date, Plaintiff has failed to comply with Local Rule 7.1(B)(2). The Court recommends that Defendants' Motion to Dismiss (d/e 32) be ALLOWED.

In addition, Plaintiff's failure to defend his case shows the Court that Plaintiff has not taken the appropriate steps to prosecute his case. Therefore, dismissal for want of prosecution is also recommended.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER: March 29, 2011

FOR THE COURT:

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE