IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JIMMIE M. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10-3087 |
| | ) |
| ALFRED WOMAK, et al. | ) |
| | ) |
| Defendants. | ) |

ORDER

U.S. Magistrate Judge Byron G. Cudmore entered a Report and Recommendation in the above cause on March 29, 2011. See d/e 37. The Report and Recommendation concluded that Defendants' Motion to Dismiss (d/e 32) should be allowed because Plaintiff failed to prosecute his case. More than fourteen (14) days have passed since entry of the Report and Recommendation and there have been no objections. See 28 U.S.C. § 636(b)(1) (stating that objections must be filed within 14 days of a report and recommendation's issuance). Thus, the Court accepts the Report and Recommendation. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

THEREFORE, the Report and Recommendation (d/e 37) is

1

ACCEPTED by this Court. The Defendants' Motion to Dismiss (d/e 32) is ALLOWED. The case is DISMISSED WITH PREJUDICE and the matter is now CLOSED. Any other pending motions are DENIED AS MOOT.

ENTERED this 20th day of April, 2011.

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE